IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00215-RPM

BEAUVALLON CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

GRANITE STATE INSURANCE COMPANY,
PHILADELPHIA INDEMNITY INSURANCE COMPANY, and
GREAT AMERICAN INSURANCE COMPANY,

    Defendants.

_____

## ORDER DENYING MOTION TO REMAND
_____

    This civil action was removed from the District Court, City and County of Denver, State of Colorado, based on diversity jurisdiction.  The plaintiff on February 18, 2011, filed a motion to remand, asserting that the removing defendants have not demonstrated the amount in controversy exceeds $75,000.00.  It is clear from the allegations of the complaint and the civil case cover sheet filed in the state court that the plaintiff is seeking monetary relief for more than $100,000.00.  The complaint is not limited to the recovery of defense costs but includes claims for bad faith, a violation of C.R.S. § § 10-3-1115, 1116 and an open ended allegation with respect damages.  It is

    ORDERED that the plaintiff's motion to remand is denied.

    DATED:   March 3, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge