IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00215-RPM

BEAUVALLON CONDOMINIUM ASSOCIATION, INC.,

     Plaintiff,

v.

GRANITE STATE INSURANCE COMPANY,
PHILADELPHIA INDEMNITY INSURANCE COMPANY, and
GREAT AMERICAN INSURANCE COMPANY,

     Defendants.

_____

## ORDER GRANTING MOTION TO STAY DISCOVERY
_____

     Upon review of the Stipulated Motion to Stay Discovery Pending Resolution of Motions [32], it is

     ORDERED that the motion is granted.

     DATED:   May 17th, 2011

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior Judge