IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:      June 28, 2011
Courtroom Deputy:  LaDonne Bush
FTR Technician:   Kathy Terasaki
_____

Civil Action No. 11-cv-00215-RPM

| | |
|---|---|
| BEAUVALLON CONDOMINIUM ASSOCIATION, INC., | Christopher Mosley<br>John P. Box, Jr. |
|   Plaintiff, | |
| v. | |
| GRANITE STATE INSURANCE COMPANY,<br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br>GREAT AMERICAN INSURANCE COMPANY, | Laurence McHeffey<br>Nancy Fitzgerald<br>Lisa Mickley<br>Daniel Sean Smith<br>Suzanne Meintzer |
|   Defendants. | |

_____

COURTROOM MINUTES
_____

Hearing on Motions

10:00 a.m.  Court in session.

Court summarizes facts and issues.

Ms. Mickley answers questions asked by the Court.

Argument by Mr. McHeffey, Ms. Mickley and Mr. Mosley.

**ORDERED**: Defendant Granite State Insurance Company's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 14) is denied.

**ORDERED**: Plaintiff Beauvallon Condominium Association, Inc.'s Motion for Partial Summary Judgment Against Defendants Granite State Insurance

    Company and Philadelphia Indemnity Insurance Company (Doc. 22) is granted.  There is a duty to defend by both Granite State and Philadelphia Indemnity.

Argument by Ms. Meintzer and Mr. Mosley.

**ORDERED**:  Defendant Great American Insurance Company's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 15) is granted.

**ORDERED**:  Plaintiff Beauvallon Condominium Association, Inc.'s Motion for Partial Summary Judgment Against Defendant Great American Insurance Company (Doc. 20) is denied.

**ORDERED**:  Oral motion for attorney fees by Ms. Meintzer on behalf of Great American is denied.

Discussion regarding the status of the case, Receiver, carriers, and a continued stay.

Court will issue a written order.

10:38 a.m.    Court in recess.

Hearing concluded.
Time: 38 minutes