**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: January 27, 2012
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 11-cv-00215-RPM

| | |
|---|---|
| BEAUVALLON CONDOMINIUM ASSOCIATION, INC., | Christopher R. Mosley |
| Plaintiff, | |
| v. | |
| | Laurence M. McHeffey |
| GRANITE STATE INSURANCE COMPANY and | Nancy A. Fitzgerald |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | Lisa F. Mickley |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Proceed with Lawsuit**

**2:59 p.m.    Court in session.**

Court's preliminary remarks.

3:00 p.m.    Argument by Mr. Mosley.
3:07 p.m.    Argument by Ms. Fitzgerald.
3:10 p.m.    Argument by Ms. Mickley.

Court states the issue of material breach will be litigated with discovery permitted.
Court further states it will enforce the settlement agreement or determine material breach.

**ORDERED:    Defendants have 30 days to file a motion to enforce settlement agreement and
plaintiff shall respond. Discovery on this issue permitted.**

**ORDERED:    Plaintiff's Motion for Relief from Stay [41] is denied but subject to reconsideration.
Plaintiff's Motion for Partial Summary Judgment Regarding Reimbursement of
Past Defense Costs [42] is denied but subject to reconsideration.
Plaintiff's Motion to Enforce the Court's June 29, 2011 Order [43], is denied but
subject to reconsideration.
Plaintiff's Motion to Proceed with Lawsuit [58], is denied but
subject to reconsideration.**

**3:17 p.m.    Court in recess.**  Hearing concluded.  Total time: 18 min.