IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00215-RPM

BEAUVALLON CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

GRANITE STATE INSURANCE COMPANY and
PHILADELPHIA INDEMNITY INSURANCE COMPANY,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Upon review of the Notice of Settlement and Stipulation for Dismissal [64] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

DATED:  February 6th, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge